IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| James N. Rice, | ) | Civil Action No.   2:26-cv-788-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF REMOVAL** |
| | ) | |
| Walmart Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, Walmart Inc., by and through the undersigned attorneys, files the Notice of Removal of the above-entitled action from the Court of Common Pleas for Berkeley County, State of South Carolina, to the United States District Court for the District of South Carolina, Charleston Division, pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, on the following grounds:

1.        The above-entitled action was instituted by the plaintiff against the defendant, by service of a Summons and Complaint on January 26, 2026, and this action is now pending in the Court of Common Pleas for Berkeley County, State of South Carolina, being Civil Action No. 2025-CP-08-03897.

2.        At the time of the commencement of the action, the plaintiff, upon information and belief, was and still is a citizen and resident of the County of Lancaster, State of Virginia.

3.     The defendant, Walmart Inc., was at the time of the commencement of the action and still is a publicly traded Delaware Corporation with its principal place of business in the State of Arkansas.

4.     This action is of a civil nature and involves a controversy that is wholly between citizens of different states and the value of the matter in dispute in said cause is believed to exceed the sum of Seventy-Five Thousand and 00/100ths ($75,000.00) Dollars, exclusive of interest and costs.  In making this assessment, the undersigned attorneys note that the Complaint does not include any limitation on the prayer for damages.  Additionally, the undersigned attorneys made inquiry of plaintiff's counsel as to a possible stipulation with respect to the amount-in-controversy less than the jurisdictional threshold in Federal Court, to which counsel advised plaintiff was unable stipulate at the time of the filing of this Notice of Removal.  Therefore, the defendant respectfully believes the jurisdictional threshold is established.  Based on this information, said action, upon information and belief, is one over which the District Court of the United States has original jurisdiction.

5.     Defendant files together with this Notice a copy of all process, pleadings and orders served upon it in this action in compliance with Federal Rules of Civil Procedure 11.

6.     Defendant has provided a copy of the Notice of Removal to the Clerk of Court for Berkeley County.

7.     Defendant, pursuant to 28 U.S.C. §1446(d), shall promptly give written notice of removal to all adverse parties and shall file a copy of the Notice with the Clerk of Court, Berkeley County, South Carolina.

8.     Removing defendant is filing this Notice solely by reason of the requirements of 28 U.S.C. § 1446 and this Notice has been timely filed pursuant to 28 U.S.C. § 1446(b).

2

9.     Defendant reserves all defenses including, but not limited to, those under Federal Rule of Civil Procedure 12(b), and do not waive said defenses by the filing of this Notice to all adverse parties.

Respectfully submitted,

ROBINSON GRAY STEPP & LAFFITTE, L.L.C.

By:     S / Rebecca Laffitte
            Rebecca Laffitte (Fed I.D. No. 1036)
            rlaffitte@robinsongray.com
            J. Michael Montgomery (Fed I.D. No. 10290)
            mmontgomery@robinsongray.com
            Cordes B. Kennedy (Fed I.D. No. 12987)
            ckennedy@robinsongray.com
            Haley S. Moorman (Fed I.D. No. 13349)
            hmoorman@robinsongray.com
            2151 Pickens Street, Suite 500
            Post Office Box 11449
            Columbia, South Carolina 29211
            (803) 929-1400

Attorneys for Defendant, Walmart Inc.

Columbia, South Carolina

February 25, 2026

3